*Goding, Petitioner, v. King County Sheriff's Office, Respondent*, No. 92779-1. Petition for review of a decision of the Court of Appeals, No. 72890-3-I, December 14, 2015, 192 Wn. App. 270. *Denied* June 29, 2016.

*Kozol, Petitioner, v. Dep't of Corr., Respondent*, No. 92792-8. Petition for review of a decision of the Court of Appeals, No. 33163-6-III, December 1, 2015, 192 Wn. App. 1. *Denied* June 29, 2016.

*State, Petitioner, v. Sinclair, Respondent*, No. 92796-1. Petition for review of a decision of the Court of Appeals, No. 72102-0-I, January 27, 2016, 192 Wn. App. 380. *Denied* June 29, 2016.

*State, Respondent, v. Kuhlman, Petitioner*, No. 92820-7. Petition for review of a decision of the Court of Appeals, No. 32696-9-III, January 21, 2016, 192 Wn. App. 1024. *Denied* June 29, 2016.

*State, Respondent, v. Williams, Petitioner*, No. 92821-5. Petition for review of a decision of the Court of Appeals, No. 71112-1-I, December 21, 2015, 191 Wn. App. 1048. *Denied* June 29, 2016.

*State, Respondent, v. Melendrez, Petitioner*, No. 92822-3. Petition for review of a decision of the Court of Appeals, No. 72210-7-I, December 28, 2015, 192 Wn. App. 1002. *Denied* June 29, 2016.

*State, Respondent, v. Phasay, Petitioner*, No. 92823-1. Petition for review of a decision of the Court of Appeals, No. 69814-1-I, November 16, 2015, 191 Wn. App. 1014. *Denied* June 29, 2016.

*State, Respondent, v. Melvin, Petitioner*, No. 92824-0. Petition for review of a decision of the Court of Appeals, No. 72847-4-I, January 25, 2016, 192 Wn. App. 1026. *Denied* June 29, 2016.